**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A., a Florida professional association, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>  v.<br><br>PUBLIC SAFETY EDUCATION GROUP, LLC, MICHAEL VERSHEL, and JOHN DOES 1-12,<br><br>            Defendants. | No. 6:13-cv-1232-ORL-31-DAB<br><br>Judge Gregory A. Presnell |

**JOINT STIUPLATION REGARDING SETTLEMENT AND AGREED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT**

NOW COME the parties NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A. ("Plaintiff") and PUBLIC SAFETY EDUCATION GROUP, LLC, and MICHAEL VERSHEL ("Defendants"), by and through their counsel, and move this Court to extend Defendant's deadline to respond to the Complaint by 30 days and hereby jointly stipulate the following:

1.    On November 4, 2013, the parties executed a Confidential Settlement Agreement and Mutual General Release ("Settlement Agreement") which set forth terms of an individual settlement to fully resolve their dispute.

2.    Pursuant to the terms of the Settlement Agreement, Plaintiff will move this Court to dismiss the case with prejudice as to Plaintiff, without prejudice as to absent class members and without costs as soon as reasonably practicable after the settlement is finalized.

3. Based on a telephone conference conducted on November 4, 2013, the parties anticipate that all of their obligations under the Settlement Agreement will be completed within 21 days.

4. Pursuant to the Court's Order of October 4, 2013, Defendants are to respond to Plaintiff's Complaint by November 4, 2013. (Doc. 17). In light of the executed Settlement Agreement and Plaintiff's plan to file a dismissal motion within 21 days, the parties jointly move this Court for a 30 day extension of Defendant's deadline to respond to the Complaint.

5. This motion is not brought for the purposes of harassment or delay.

**WHEREFORE**, the parties respectfully move this Court for a 30 day extension of Defendant's deadline to respond to the Complaint.

November 4, 2013                                         Respectfully submitted,


                                                         By:   /s/Justin L. Seekamp
                                                               Justin L. Seekamp

For Defendants
Samuel B. Weissman (Fla. Bar No. 51688)
Justin L. Seekamp (Fla. Bar No. 88824)
KRAMER LAW FIRM
999 Douglas Ave., Suite 3333
Altamonte Springs, FL 32714
Telephone: 407-834-4847

For Plaintiff
Ryan M. Schmidt (Fla. Bar No. 95731)
Law Offices of Jon B. Coats, Jr., P.A.
1519 Dr. M.L.K., Jr. St. N
St. Petersburg, FL 33704
Telephone: 727-456-4462

Phillip A. Bock (Fla. Bar No. 93895)
BOCK & HATCH, LLC
134 North La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that, on November 4, 2013, he caused the foregoing document to be filed using the Court's CM/ECF system, which automatically serves a copy of same upon each counsel of record.

                                                  /s/ Justin L. Seekamp